ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| The Kufan Group | ) | ASBCA No. 62195 |
| | ) | |
| Under Contract No. W912ER-12-C-0004 | ) | |

APPEARANCE FOR THE APPELLANT:    Bradford W. Irelan, Esq.,
Irelan McDaniel, PLLC
Houston, TX

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
Engineer Chief Trial Attorney
Michael E. Taccino, Esq.
Pietro O. Mistretta, Esq.
Kathryn G. Morris, Esq.
Engineer Trial Attorneys
U.S. Army Engineer District, Winchester

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: September 7, 2022

HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62195, Appeal of The Kufan Group, rendered in conformance with the Board's Charter.

Dated:  September 7, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2